

**U.S. Department of Justice**

Civil Rights Division

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20006* 2016 JAN 17  PM 12: 36

STEPHAN HARRIS, CLERK
CASPER

DJ# 205-87-0

<u>**CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

**OCT 2 1 2016**

Mr. Roger L. Dunn
155 North Cheyenne Street
Powell, WY  82435

      Re:     EEOC Charge Against:     Park County Sherriff's Office
              EEOC No.:               32K-2013-00089
              DJ#:                   205-87-0

Dear Mr. Dunn:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

      It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

      You are hereby notified that conciliation on your case was unsuccessful by the EEOC. <u>You are further notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111, et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

      Therefore, if you wish to pursue this matter, you should consult an attorney at your earliest convenience.  If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 12117(a).

We are returning the files in this matter to EEOC's District Office. If you or your attorney, have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

John C. Lewis, Director

OCT 21 2016

Principal Deputy Assistant Attorney General

We are returning the files in this matter to EEOC's District Office.  If you or your attorney, have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to:

John C. Lowrie, Director
Equal Employment Opportunity Commission
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ  85012

As requested by EEOC, enclosed is the "Notice of Right to Sue" regarding your claim under the ADEA.  You will also find a list of state resources and a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA).

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General


BY:  _____

Amanda Maisels
Deputy Chief
Disability Rights Section

Enclosure:
EEOC Dismissal and Notice of Rights
Wyoming State Resources
Notice of Rights under the ADAAA


cc:    Annette Rudio, Sheriff Assistant, Park County Sheriff's Office
EEOC-Phoenix District Office

2





**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1085
1-800-669-4000

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 JAN 17  PM 12: 36

STEPHAN HARRIS, CLERK
OCT 2 1 2016 CASPER

Mr. Roger Dunn
EEOC No. 32K-2013-00089

    While Title VII and the Americans with Disabilities Act require you to obtain a right to sue Notice before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until **90 days after you receive Notice that the Equal Employment Opportunity Commission (EEOC) has completed action on your charge.**

    Because the EEOC is closing your case upon issuance of the attached Notice of Right to Sue, your lawsuit under the ADEA must also be brought **within 90 days of your receipt of this Notice.** Otherwise, your right to sue under the ADEA is lost.

    If you have any questions as to your right to sue, please call this office or consult a private attorney.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
FAX (303) 866-1085
1-800-669-4000

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2016 JAN 17 PM 12:12

STEPHAN HARRIS, CLERK
CASPER

Roger L. Dunn
155 North Cheyenne Street
Powell WY 82435

RE:   Roger L. Dunn v. Park County Sheriff's Office
       Charge No.: 32K-2013-00089

Dear Mr. Dunn:

This is to advise you that the Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate the above-referenced charge have been unsuccessful.  Please be advised that the EEOC will make no further efforts to conciliate the above-referenced charge of discrimination.

Your charge is now being referred to the U.S. Department of Justice (DOJ) for review to determine whether the DOJ will sue on your behalf.  The DOJ has jurisdiction to sue state and local entities, such as the Park County Sheriff's Office under the Americans with Disabilities Act of 1990, as amended (collectively, ADA).  The DOJ does not have jurisdiction to sue under the Age Discrimination in Employment Act (ADEA).

Your charge includes allegations under both the ADA and ADEA.  If the DOJ brings a lawsuit under the ADA, you may seek to intervene in the lawsuit.  If the DOJ does not bring a lawsuit, they will notify you and issue a Notice of Right to Sue which will entitle you to sue the Respondent under the ADA.

You have the ability at this point to sue under the Age Discrimination and Employment Act (ADEA), however you may prefer to await the DOJ's review and action.  Please feel free to contact me directly at (303) 866-1311 if you have any questions.  I cannot provide you with legal advice, but I can explain the process if the foregoing is unclear or you have additional questions.

Sincerely,

**MAY 0 6 2016**
Date

John C. Lowie
Field Office Director