FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

UNITED STATES DISTRICT COURT
for the

2017 MAY -8  AM 9: 14

STEPHAN HARRIS, CLERK
CASPER

Dunn Roger L.
_____
Plaintiff(s)

v.

Park Co. Speriff Office
_____
Defendant(s)

Case Number: 17-CV-10-SWS

## MOTION FOR SERVICE OF PROCESS AT GOVERNMENT EXPENSE

Plaintiff, __Roger L. Dunn__, moves pursuant to Federal Rule of Civil Procedure 4(c)(3), for the court to order that service of process be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The full name and address of the defendant(s) are identified in the complaint

Dated: May 8th, 2017

Signature: Roger Dunn

Printed Name: Roger Dunn