FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 JUL 14  AM 9:28

STEPHAN HARRIS, CLERK
CASPER

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

Dunn, Roger L  v.  Park Co. Sheriff          Case Number: 17-CV-10-SWS

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

Please issue a _Summons in Civil Action_

in the above-entitled cause for:

_Park County Sheriff's Office_

_Roger Dunn_
Attorney for

_7-14-17_
Date

I issued