AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 JUL 17 AM 10: 00
STEPHAN HARRIS, CLERK
CASPER

Dunn, Roger L.
_Plaintiff(s)_

v.

Civil Action No. 17-CV-10-SWS

Park Co. Sheriff Office
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Park Co. Sheriff Office
Sheriff Scott Steward
1402 River View Drive
Cody, WY 82414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Roger Dunn
155 N. Cheyenne St.
Powell, WY 82435

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/14/2017

Crystal A. Toner
*Signature of Clerk or Deputy Clerk*

COPY

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Sheriff Scott Steward_
was received by me on *(date)* _7/14/17_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Karin Zeller, Administrative Asst._, who is
designated by law to accept service of process on behalf of *(name of organization)* _Park County Sheriff's Office, Sheriff Steward_ on *(date)* _7/14/17 @ 1350 hrs._

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _0_ for travel and $ _0_ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _7/14/17_

_Roger Dunn_
Server's signature

_Roger Dunn_
Printed name and title

_155 N. Cheyenne St. Powell, WY 82435_
Server's address

Additional information regarding attempted service, etc: