Thomas A. Thompson, #6-2640
MacPherson, Kelly & Thompson, LLC
P.O. Box 999
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713-phone
(307) 324-7348-fax
tthompson@wyomingattorneys.net
*Attorney for Park County*
*Sheriff's Office and*
*Park County Sheriff*
*Scott Steward*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROGER L. DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CV-10-SWS |
| | ) |
| PARK COUNTY SHERIFF'S OFFICE, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANTS' FED. R. CIV. P. 12 (b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**COME NOW**, Defendants Park Couny Sheriff's Office and Park County Sheriff Scott Steward, by and through their attorney, Thomas A. Thompson, of the law firm of MacPherson, Kelly & Thompson, LLC, and pursuant to Fed. R. Civ. P. 12(b)(6) and U.S.D.C.L.R. 7.1, hereby move the Court to dismiss the Complaint filed by the Plaintiff in this matter. In support of said Motion to Dismiss, Defendants have concurrently file herewith, their Memorandum of Law in Support of Motion to Dismiss.

**DATED** this 24th day of July, 2017.

/s/ Thomas A. Thompson
Thomas A. Thompson, #6-2640
MacPherson, Kelly & Thompson, LLC
Attorney for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of July, 2017, at Rawlins, Wyoming, I served the foregoing instrument by causing to be deposited a full, true and correct copy thereof in the United States Mail, duly enveloped with postage prepaid, and addressed to:

Roger L. Dunn
155 North Cheyenne Street
Powell, WY 82435
*Pro se*

/s/ Thomas A. Thompson
For MacPherson, Kelly, & Thompson, LLC

Filed By: _JS_
Mailed By: _CW_