

**FILED**
*11:08 am, 8/24/17*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Dunn, | |
| Plaintiff | |
| vs | Case Number: 1:17-CV-00010-SWS |
| Park County Sheriff's Office, | |
| Defendant | |

## JUDGMENT IN A CIVIL ACTION

This action came before the Court on Defendant's [7] Motion to Dismiss; The Court issued an Order GRANTING the Defendant's Motion.  Judgment is hereby entered in favor of Defendants' and this matter is dismissed.

Dated this 24th day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　Stephan Harris
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　  By Tiffany Dyer
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk